UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

                        Plaintiff(s),

v.                                          Case No. 2:21–cv–10620–MAG–KGA
                                            Hon. Mark A. Goldsmith

Jeanisia Saquise Allen, et al.,

                        Defendant(s),
_____

**ORDER TO SHOW CAUSE**

   IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 7/12/2021, why the above–entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.




                              s/Mark A. Goldsmith
                              Mark A. Goldsmith
                              U.S. District Judge




**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/K Sandusky
                                  Case Manager


Dated:   June 28, 2021