UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEANISIA SAQUISE ALLEN, et al.,

    Defendants.
_____/

Case No. 21-10620

HON. MARK A. GOLDSMITH

## ORDER
## GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY (Dkt. 24)

Plaintiff filed a motion to compel discovery (Dkt. 24), contending that Defendants Jeanisia Saquise Allen; First Choice Tax Solutions, LLC; The Tax Experts, Inc.; the Tax Experts, LLC; and Top Notch Taxes, Inc. have failed to respond to discovery requests. Defendants filed a response to the motion (Dkt. 26). A motion hearing was held on December 2, 2021.

The Court grants Plaintiff's motion. Defendants must do the following:

1. No later than December 23, 2021, produce documents in Defendants' actual possession that are responsive to Plaintiff's document requests;

2. No later than December 9, 2021, make demand on all persons or entities to whom Defendants are contractually or otherwise entitled to make a demand for documents responsive to Plaintiff's document requests (including without limitation all licensees, consultants, advisors, and attorneys) that all such documents be turned over to counsel for Defendants no later than December 23, 2021; and

3. No later than January 6, 2022, produce to Plaintiff's counsel (i) all documents received from such persons or entities, (ii) all responses or other communications received from such persons or entities in response to the demand, and (iii) the name and addresses of all such persons or entities to whom demand was made, identifying who on the list did not respond to the demand letter.

The parties may jointly apply to the Court for a reasonable extension of these dates by submitting a proposed stipulated order to that effect. However, the Court reiterates the statement it made at the motion hearing that it will not amend the scheduling order entered in this case.

SO ORDERED.

Dated: December 3, 2021                         s/Mark A. Goldsmith
       Detroit, Michigan                        MARK A. GOLDSMITH
                                                United States District Judge